UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, CC20ME267,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., et al.,<br><br>Defendant(s). | Case No. 20-cv-08831-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 2) |

On January 27, 2021, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is no longer in custody at the Contra Costa County Jail. ECF No. 6. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on plaintiff's affidavit of poverty, his motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

The clerk is instructed to close the file and terminate the motion appearing on ECF as pending item number 2.

**IT IS SO ORDERED**.

Dated:  March 30, 2021

_____
CHARLES R. BREYER
United States District Judge